USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
12/11/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOCKWOOD PENSION SERVICES, INC. et al.,   :

                                                  :      <u>ORDER</u>
               Plaintiff,                          08 Civ. 8229(DAB) (GWG)
                                                  :

-v.-
                                                  :

STEADFAST INSURANCE COMPANY,
                                                  :

               Defendant.              :
------------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The parties are directed to appear at a conference on December 18, 2009, at 10:00 a.m. in Courtroom 17-A, 500 Pearl Street, New York, New York. At this conference, the parties should be prepared to discuss the status of this matter and any proposals for the procedures that should be used for determining a judgment pursuant to Rule 58.

      SO ORDERED.

Dated: December 11, 2009
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge